90 St Marks Ltd
ATTN: Tara Allmen
186 West 80th Street, PH1
New York, NY 10024

DLI Assets Bravo LLC
CARE OF: Parker, Simon and Kolokis LLC
110 North Washington Street, Suite 500
Rockville, MD 20850

New York State Tax Department
New York State Assessment Receivables
PO Box 4127
Binghamton, NY 13902

All Purpose Protection
1510 Peters Blvd
Bay Shore, NY 11706

Union Beer Distributors
1213 Grand STreet
Brooklyn, NY 11211

EIN Cap Inc
160 Pearl Street, 5th Floor
New York, NY 10005

Pegasus Corporation
33-18 23rd Ave
Astoria, NY 11105

American Express
PO Box 650448
Dallas, TX 75265-0448

Gramercy Produce
CARE OF: Harry Block Esq
250 Park Avenue, FL 7
New York, NY 10177

Winebow
20 Hook Mountain Road, Suite 103A
Pinebrook, NJ 07058

Votto Vines Importing
414 Union Street
Schenectady, NY 12305

Action Environmental Services
300 Frank West Burr Blvd, Suite 39
Teaneck, NJ 07666

Charbaut America Inc
12 East 33rd Street, 7th Floor
New York, NY 10016

Michael Skurnik Wines Inc
48 West 25th Street, 9th Floor
New York, NY 10010

Baron Francois Limited
11 Hanover Square, 13th Floor
New York, NY 10005

NYC Office of Administrative
Trials and Hearings
NYC Finance Commissioner
PO Box 4859 Church Street Station

ConEdison
JAF Station
PO Box 1702
New York, NY 10116-1702

Eurama Foods Inc
1345 Halsey Street
Brooklyn, NY 11237

PayOMatic Check Cashing
Loss Prevention Department
166-30 Jamaica Avenue, 2nd Floor
Jamaica, NY 11432

New York City Department of Finance
59 Maiden Lane, 28th Floor
New York, NY 10038

MHW LTD
1129 Northern Blvd, Suite 312
Manhasset, NY 11030

Time Warner Cable
PO Box 742663
Cincinnati, OH 45274-2663

Westside Food and Supply Co
CARE OF: RHK Recovery Group
1670 Old Country Road
Plainview, NY 11803

Arrow Linen Supply Company Inc
PO Box 9321
Garden City, NY 11530-9231

AutoChlor System
685 Gotham Pkway
Carlstadt, NJ 07072

Enrico Ciotti
229 Sullivan Street, 5B
New York, NY 10012

Simple Hospitality LLC
243 East 32nd Street, No 2
New York, NY 10016